| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW B. MAJOR,

        Plaintiff,

  v.

U.S. MARINE CORP., et. al.,

        Defendants.

Case No. 24-cv-06164 BLF

**ORDER OF DISMISSAL**

      On August 30, 2024, Plaintiff, proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983.  Dkt. No. 1.  On the same day, the Clerk sent Plaintiff a notice that he had not paid the filing fee or filed an application to proceed *in forma pauperis* ("IFP").  Dkt. No. 2.  Plaintiff was provided with a blank IFP application and postage-paid envelope and advised to respond within twenty-eight days to avoid dismissal.  *Id.*

      The deadline for responding to the Clerk's notice regarding the deficient IFP application has passed, and Plaintiff has failed to file the necessary document to complete the IFP application or pay the filing fee.  *Id.*  Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee.

      The Clerk shall terminate all pending motions and close the file.

      **IT IS SO ORDERED.**

```
```

United States District Court
Northern District of California

Dated: __October 22, 2024__

_____
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.24\06164Major_dis-ifp

2