UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW B. MAJOR,

        Plaintiff,

    v.

U.S. MARINE CORP., et. al.,

        Defendants.

Case No. 24-cv-06164 BLF

**JUDGMENT**

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  \_October 22, 2024\_\_\_\_

*[signature]*

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.24\06164Major_judgment